FARRIS *et al.* v. CITY OF MANCHESTER *et al.*

HILL, J. This case is controlled by the ruling made in *Farris* v. *City of Manchester,* No. 6860, ante.

*Judgment affirmed. All the Justices concur, Gilbert, J., specially.*